IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

H.W., minor, by and through Guardian ad Litem HEIDI NELSON; and M.K., minor, by and through Guardian ad Litem ROBERT KOELLING,

       Plaintiffs,                 No. CIV S-11-0531 GEB GGH

    vs.

EASTERN SIERRA UNIFIED SCHOOL DISTRICT, et al.,

       Defendants.               ORDER

_____/

       This court has considered the Parties' Proposed Order Sealing Plaintiffs' motion for default judgment against defendant Carlisle and attached exhibits. The motion and all exhibits except Exhibit 4 concern allegations of sexual molestations by defendant Carlisle against two plaintiffs who are currently minors. The motion indicates that defendant Carlisle has been convicted criminally of sexual violations involving the minors. The parties have therefore shown compelling reasons for sealing all documents except Exhibit 4 which is a declaration by attorney Singleton regarding attorneys' fees and costs. See Pintos v. Pacific Creditors Ass'n., 605 F.3d 665, 678 (9th Cir. 2010) and Phillips v. General Motors Corp., 307 F.3d 1206, 1210 (9th Cir. 2002).

\\\\

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

1. The parties' stipulated request to seal documents is GRANTED as modified herein.

2. Plaintiffs' motion for entry of default judgment, including Exhibits 1, 2, and 3 only, are permanently sealed from public view, available only to court personnel, plaintiffs and their attorneys, and appearing defendants Eastern Sierra Unified School District, Reed, and Clark, and their attorneys.

DATED: October 26, 2011

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/H.W.0531-seal.wpd