IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

H.W., minor, by and through Guardian ad Litem HEIDI NELSON; and M.K., minor, by and through Guardian ad Litem ROBERT KOELLING,

      Plaintiffs,

vs.

EASTERN SIERRA UNIFIED SCHOOL DISTRICT, et al.,

      Defendants.
_____/

No. CIV S-11-0531 GEB GGH

ORDER

      Presently under submission is plaintiffs' motion for default judgment, filed October 31, 2011. Having reviewed the record, the court has determined that an evidentiary hearing on the issues of economic, non-economic and punitive damages is necessary. Plaintiffs shall present evidence and/or witnesses of their choice to testify in support of these categories of damages.

      Accordingly, IT IS ORDERED that:

      1. An evidentiary hearing is scheduled for February 8, 2012, at **9:00** a.m. in courtroom #9.

\\\\\

1

2.  Plaintiffs shall serve defendant Cody Carlisle immediately with a copy of this order at defendant Carlisle's last known address.

DATED: January 4, 2012

                              /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

GGH:076/H.W.0531.evhg.wpd