TIMOTHY A. SCOTT
California Bar No. 215074
LAW OFFICES OF TIMOTHY A. SCOTT, APC
1350 Columbia Street, Suite 600
San Diego, California  92101
Telephone:  (619) 794-0451
Facsimile: (619) 652-9964
Email:  tscott@timscottlaw.com

GERALD SINGLETON, State Bar No. 208783
LAW OFFICES OF GERALD SINGLETON APC
560 North Coast Highway 101, Suite 4A
Encinitas, California  92024
Tel.    (760) 697-1330
Fax.    (760) 697-1329
Email:     geraldsingleton73@yahoo.com

Attorneys for Plaintiffs H. W., minor, by and through Guardian ad Litem HEIDI NELSON; and M.K., minor, by and through Guardian ad Litem ROBERT KOELLING

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| H. W., minor, by and through Guardian ad Litem HEIDI NELSON; and M.K., minor, by and through Guardian ad Litem ROBERT KOELLING<br><br>        Plaintiffs,<br>v.<br><br>EASTERN SIERRA UNIFIED SCHOOL DISTRICT; COLEVILLE HIGH SCHOOL PRINCIPAL JASON REED (individually and in his official capacity); ASSISTANT FOOTBALL COACH CODY CARLISLE (individually and in his official capacity);SUPERINTENDENT DON CLARK (individually and in his official capacity), AND DOES 1-50,<br><br>        Defendants. | Case No.2:11-cv-00531-GEB-GGH<br><br>**PROPOSED ORDER DISMISSING DEFENDANTS EASTERN SIERRA UNIFIED SCHOOL DISTRICT, JASON REED, AND DON CLARK PURSUANT TO THE STIPULATION AND JOINT MOTION**<br><br>Judge:     Hon. Garland E. Burrell, Jr.<br>Dept:      10<br>Action Filed: February 24, 2011 |

//

//

**WHEREAS**, on February 24, 2011, the minor plaintiffs filed the Summons and Complaint against four named defendants - EASTERN SIERRA UNIFIED SCHOOL DISTRICT, JASON REED, CODY CARLISLE, and DON CLARK (the "Appearing Defendants") (**ECF No.'s 1-4**);

**WHEREAS**, three defendants including EASTERN SIERRA UNIFIED SCHOOL DISTRICT, JASON REED, and DON CLARK filed motions to dismiss in response to the Complaint (**ECF No.'s 6-7**), one of which was granted with leave to amend on October 12, 2011 (**ECF No. 28**);

**WHEREAS**, defendant CODY CARLISLE never formally appeared and default was entered against him by the Clerk of the Court on May 12, 2011 (**ECF No. 15**);

**WHEREAS**, plaintiffs and the Appearing Defendants have stipulated and agreed that the Appearing Defendants should be dismissed from this case;

**THEREFORE,** pursuant to and based upon the Stipulation and Joint Motion to Dismiss between the Plaintiffs and the Appearing Defendants, Defendants EASTERN SIERRA UNIFIED SCHOOL DISTRICT, JASON REED, and DON CLARK are dismissed.  Defendant Cody Carlisle remains a party to this action.

**SO ORDERED**

**Date:  1/18/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge