Leonard C. Herr, # 081896
Ron Statler, #234177
DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Defendants, EASTERN SIERRA UNIFIED SCHOOL DISTRICT, JASON REED, and DON CLARK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H.W., minor, by and through Guardian ad Litem HEIDI NELSON; and M.K., minor, by and through Guardian ad Litem ROBERT KOELLING,<br><br>　　　　　　Plaintiff,<br>　v.<br>EASTERN SIERRA UNIFIED SCHOOL DISTRICT; COLEVILLE HIGH SCHOOL PRINCIPAL JASON REED (individually and in his official capacity); ASSISTANT FOOTBALL COACH CODY CARLISLE (individually and in his official capacity); SUPERINTENDENT DON CLARK (individually and in his official capacity); AND DOES 1-50,<br><br>　　　　　　Defendants. | Case No.: 2:11-cv-00531-GEB-GGH<br><br>**STIPULATION AND ORDER MODIFYING MAGISTRATE JUDGE'S ORDER, FINDINGS AND RECOMMENDATIONS** |

Plaintiffs' legal counsel and counsel for former Defendants EASTERN SIERRA UNIFIED SCHOOL DISTRICT, JASON REED and DON CLARK, hereby stipulate and jointly request that the Court Modify its "Order and Findings and Recommendations," filed under seal on February 15, 2012.

///

///

///

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291

-1-

**STIPULATION AND PROPOSED ORDER MODIFYING MAGISTRATE JUDGE'S ORDER, FINDINGS AND RECOMMENDATIONS**

## RECITALS

WHEREAS, pursuant to the request of Plaintiffs' legal counsel, the court has sealed certain documents and proceedings from the public;

WHEREAS, Plaintiffs' legal counsel has commenced civil litigation against former Defendants EASTERN SIERRA UNIFIED SCHOOL DISTRICT, JASON REED and DON CLARK;

WHEREAS, the court's order filed on February 15, 2012 prohibits attorney Leonard Herr from disseminating this court's "Order/Findings and Recommendations and Judgment themselves;"

WHEREAS, Defendants' defense and indemnity with regard to the claims being asserted by Plaintiffs against EASTERN SIERRA UNIFIED SCHOOL DISTRICT, JASON REED and DON CLARK is being provided by a public entity known as Self-Insured Schools of California II (SISC II); and

WHEREAS, legal counsel for Plaintiffs' and Defendants EASTERN SIERRA UNIFIED SCHOOL DISTRICT, JASON REED and DON CLARK believe it is in the best interest of these parties in attempting to resolve this dispute to provide this court's order to Defendants EASTERN SIERRA UNIFIED SCHOOL DISTRICT, JASON REED and DON CLARK and their insurer SISC II.

## STIPULATION

IT IS HEREBY STIPULATED to by and between the parties to this agreement through their respective attorneys of record that attorney Leonard Herr shall be permitted to provide a copy of the Order and Findings and Recommendations to his clients EASTERN SIERRA UNIFIED SCHOOL DISTRICT, JASON REED and DON CLARK, along with SISC II for purposes of assessing the "value of the case" and participation in settlement negotiations.

IT IS FURTHER STIPULATED that Defendants shall not share the Findings, Recommendations, and Order, or any information contained therein, with any individual or entity other than their attorneys and/or their insurers.

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291

-2-

**STIPULATION AND PROPOSED ORDER MODIFYING MAGISTRATE JUDGE'S ORDER, FINDINGS AND RECOMMENDATIONS**

This stipulation does not affect EASTERN SIERRA UNIFIED SCHOOL DISTRICT, JASON REED and DON CLARK's pending motion, scheduled to be heard on April 12, 2012.

DATED: March 16, 2012    DOOLEY, HERR, PELTZER & RICHARDSON, LLP


By: /s/ Leonard C. Herr_____
    LEONARD C. HERR
    Attorneys for Defendants, EASTERN SIERRA UNIFIED SCHOOL DISTRICT, JASON REED, DON CLARK

DATED: March 16, 2012    LAW OFFICES OF GERALD SINGLETON, APC


By: /s/ Gerald Singleton_____
    GERALD SINGLETON
    Attorneys for Plaintiffs H. W., minor, by and through Guardian ad Litem HEIDI NELSON; and M.K., minor, by and through Guardian ad Litem ROBERT KOELLING

## **ORDER**

UPON GOOD CAUSE being shown as set forth in the stipulation of legal counsel, this court's "Order and Findings and Recommendations," filed under seal on February 15, 2012, is hereby modified to permit attorney Leonard Herr to provide a copy of this court's order to EASTERN SIERRA UNIFIED SCHOOL DISTRICT, JASON REED and DON CLARK along with SISC II.  Further, Defendants shall not share the Findings, Recommendations, and Order, or any information contained therein, with any individual or entity other than their attorneys and/or their insurers.  This order will not affect EASTERN SIERRA UNIFIED SCHOOL DISTRICT, JASON REED and DON CLARK's pending motion, scheduled to be heard on April 12, 2012.

IT IS SO ORDERED.

DATED: March 20, 2012         /s/ Gregory G. Hollows _____
    _____
    UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291

-3-

**STIPULATION AND PROPOSED ORDER MODIFYING MAGISTRATE JUDGE'S ORDER, FINDINGS AND RECOMMENDATIONS**