IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

H.W., minor, by and through Guardian ad Litem HEIDI NELSON; and M.K., minor, by and through Guardian ad Litem ROBERT KOELLING,

    Plaintiffs,

vs.

EASTERN SIERRA UNIFIED SCHOOL DISTRICT, et al.,

    Defendants.

No. 2:11-cv-0531 GEB GGH

ORDER

_____/

Presently pending on this court's law and motion calendar for June 7, 2012, is plaintiffs' motion for attorneys' fees, filed May 8, 2012.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.  See E.D. Cal. L.R. 230(g).

\\\\\

\\\

1

Accordingly, IT IS ORDERED that:

1. The June 7, 2012 hearing on the motion for attorneys' fees, filed May 8, 2012, is vacated; and

2. The motion is submitted on the record.

DATED: May 25, 2012

　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

GGH:076/H.W.0531.vac2.wpd